1  Eugene Ashley, Bar No. 171885
   Christopher A. Hohn, Bar No. 271759
2  HOPKINS & CARLEY
   A Law Corporation
3  The Letitia Building
   70 S First Street
4  San Jose, CA  95113-2406

   **NO JS-6**

5  *mailing address:*
   P.O. Box 1469
6  San Jose, CA 95109-1469
   Telephone:   (408) 286-9800
7  Facsimile:    (408) 998-4790

8  Attorneys for Defendant
   GIINII INTERNATIONAL CORPORATION, a
9  Delaware Corporation

10                UNITED STATES DISTRICT COURT

11                CENTRAL DISTRICT OF CALIFORNIA

12 | VUPOINT SOLUTIONS INC, a California Corporation,, | Case No.  CV 11-07826 DDP (RZx) |
13 |                                                   | **JUDGEMENT**                   |
14 |              Plaintiff,                           |                                 |
15 | v.                                                |                                 |
16 | MUSTEK SYSTEMS, INC., a Taiwanese corporation; MUSTEK, INC., a California corporation; GIINII INTERNATIONAL CORPORATION, a Delaware corporation; and DOES 1 through 10, inclusive, | |
19 |              Defendants.                          |                                 |

The Court having granted GiiNii International Corporation's ("GiiNii") Motion to Dismiss for Failure to State a Claim in an Order dated February 8, 2012 (a copy of which is attached as Attachment A), thereby dismissing Vupoint Solutions Inc.'s ("Vupoint") Complaint,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

(1) Judgment is hereby entered in this action in favor of GiiNii and against Vupoint on all of Vupoint's claims against GiiNii.

Dated: March 21, 2012

_____
The Honorable Dean D. Pregerson
United States District Judge

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

692\906667.2

- 2 -

[PROPOSED] JUDGEMENT

CV 11-07826 DDP (RZX)